UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK -- ROCHESTER DIVISION

In Re: Cori Duvall

Debtor(s)

Case No.: 2-19-20179-PRW
Chapter: 13

Cori DuVall
    Plaintiff(s)
v.

Ontario County, New York; John Doe; Jane Doe
    Defendant(s)

A.P. No.: 2-19-02011-PRW

## CERTIFICATION AND REPORT OF RULE 26(f) FRCP/RULE 7026 FRBP CONFERENCE AND DISCOVERY PLAN

*Please fill in or check the appropriate blanks to certify completion of the Rule 7026 FRBP Attorney's Conference and provide the required information to the Court. Where the parties were unable to agree on a specific provision or item, please so note and attach any necessary explanation. Please note that this information will be used as a guideline by the Judge, in conducting the Rule 16 FRCP Conference.*

1. **Certification Concerning Discovery Plan.** *(check one)*

    ✓ A discovery plan is needed or useful in this case and is outlined below.

    ___ The parties cannot agree on a discovery plan. The attached sets forth the parties' disagreements and reasons for each party's position. *(attach an explanation to this document)*

2. **Certification of Conference.** Pursuant to Rule 26(f) FRCP/Rule 7026 FRBP, a meeting was held on June 3, 2019 *(date)* at _____ *(place)* or by telephone [ ✓ ] *(check if applicable)* and was conducted by the undersigned counsel for the designated parties in this adversary proceeding.

3. **Pre-Discovery Disclosures.** The information required by Rule 26(a)(1) FRCP and Rule 7026 FRBP *(check one)* [ ] has been exchanged; [ ✓ ] will be exchanged by 6/30/2019 *(date)*.

4. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    a. All discovery will be completed by 9/30/2019 *(date)*.

    *[If applicable]* Discovery on _____

    _____ *(identify any issues requiring early discovery)* will be completed by _____ *(date)*.

Page 1 of 2
Case 2-19-02011-PRW, Doc 9, Filed 06/14/19, Entered 06/14/19 15:35:29,
Description: Main Document , Page 1 of 2

b. Discovery limits:
   i. Maximum of __tbd__ depositions by plaintiff(s) and __2__ by defendant(s) *(ordinarily 3)* [or _____ by *each* plaintiff and _____ by *each* defendant].
   ii. Other: (Describe) Plaintiff will notify Defendant by August 15, 2019 if Plaintiff intends to depose Defendant

5. **Dispositive Motions**. All potentially dispositive motions should be filed by __11/30/2019__ *(date) [not to be brought before the Rule 16 Conference is completed by the Court]*.

6. **Settlement**:
   [ ] is likely.
   [✓] is unlikely.
   [ ] cannot be evaluated prior to _____ *(date)*.
   [ ] the parties consent to the Court's active participation in settlement discussions.

7. **Trial**. The case should be ready for trial by __1/31/2019__ *(date)* and should take __2__ day(s).

8. All parties [✓] consent [ ] do not consent to this Court entering final judgment.

_____ 6/14/19        _____ 6/14/2019
*Plaintiff's Counsel*       *Date*         *Defendant's Counsel*       *Date*

_____ _____       _____ _____
*Plaintiff's Counsel*       *Date*         *Defendant's Counsel*       *Date*