# JASON S. DiPONZIO
**ATTORNEY AT LAW**

December 6, 2019

Hon. Paul R. Warren
United States Bankruptcy Judge
Western District of New York
100 State Street
Rochester, New York 14614

Re:     DuVall v. County of Ontario
        AP No. 19-2011

Dear Judge Warren:

The parties have agreed to the following modifications to the Scheduling Order issued in the above adversary proceeding, dated June 26, 2019:

1).     Discovery, including all depositions, must be completed by February 14, 2020;

2).     Expert witness disclosures shall be exchanged on or before February 28, 2020;

3).     Trial shall be held on a date certain, to be set by the Court sometime after April 13, 2020.

Opposing counsel has signified his agreement with these proposed dates by counter-signing this letter.

If the Court will require a pre-trial conference in order to set the trial date, please so advise.

Thank you for your continued consideration in this matter.

Respectfully yours,

Jason S. DiPonzio
jdiponzio@diponziolaw.com

JSD/rj

Agreed to:

_____
Zachary J. Pike, Esq.