# EXHIBIT B

# Zachary Pike

| | |
|---|---|
| From: | Zachary Pike |
| Sent: | Monday, February 25, 2019 11:56 AM |
| To: | holly.adams@co.ontario.ny.us |
| Cc: | jdiponzio@diponziolaw.com |
| Subject: | Matter of Foreclosure of Tax Liens by Ontario County (DuVall); CA 18-00635; 9097 County Road 14, Honeoye Falls, NY 14472 |
| Attachments: | 2019 february 25 duvall LETTER TO ADAMS.pdf; 2019 february 25 duvall LETTER TO DIPONZIO.pdf |

Dear Ms. Adams and Mr. DiPonzio,

Attached please find a scanned copy of a settlement offer letter for the above-referenced case. I am mailing the originals out to both of you, but given the short time frame Ms. DuVall has before deciding to appeal the appellate division decision, or filing a bankruptcy, I wanted to send it via email too. (Both pdf's are of the same letter. I sent each you an original, and scanned a copy of both original letters)

Please contact me with any questions or counter-offers.

I appreciate your time in this matter.

Thanks,

Zach

Zachary J. Pike, Esq.
Director, Civil Division
The Legal Aid Society of Rochester, NY
1 West Main Street, Suite 800
Rochester, NY 14614
Telephone: (585) 295-5784
Fax: (585) 232-2352

The pages comprising this email contain confidential information from The Legal Aid Society of Rochester, NY. This information is intended solely for use by the individual or entity named as the recipient of this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you have received this email in error, please notify us immediately.