UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    CORI DUVALL                                         BK Case No.: 2-19-20179

                        Debtors,

CORI DUVALL

                        Plaintiffs,

                                                 Adv. Proc. No.: 19-2011

-against-

COUNTY OF ONTARIO, NEW YORK, and
"JOHN DOE" and "JANE DOE",

                        Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that on August 14, 2020, a copy of the Debtor's Response to Defendant's Motion in Limine was served by regular United States mail to all interested parties, the Trustee and all creditors listed below:

Hon. Paul R. Warren
100 State Street
Rochester, NY 14614

Jason S. DiPonzio, Esq.
950 Reynolds Arcade Building
16 East Main Street
Rochester, NY 14614

George M. Reiber, Esq.
3136 S. Winton Rd, Ste. 206
Rochester, NY 14623

Cori DuVall
5550 County Road 30
Canandaigua, NY 14424


Dated: August 14, 2020

_____
Zachary J. Pike, Esq.
Attorney for Cori DuVall
1 West Main Street
Rochester, NY 14614
(585) 295-5784